Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VALERIE G.**, | Civil No. 6:24-cv-01892-AR |
| Plaintiff, | |
| vs. | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay the sum of $13,000.00 in attorney fees upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

debts") for full settlement of all claims for fees under EAJA. Costs for court filing-fees shall be awarded to Plaintiff attorney in the sum of $405.00 pursuant to 28 U.S.C. §1920.

If Plaintiff has no outstanding federal debt, payment of $13,000.00 in attorney fees plus $405.00 reimbursement of Court filing-fees shall be made either by Electronic Fund Transfer ("ETF") to Plaintiff's attorneys Drew L. Johnson, P.C. or by check mailed to their office. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office.

IT IS SO ORDERED this day of January 6, 2026

_____
Honorable Jeff Armistead
United States Magistrate Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
      Sherwood J. Reese, OSB #144130
      Of Drew L. Johnson, P.C.
      Attorneys for Plaintiff